IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00933-MSK-MEH

SHEILA EDWARDS,

    Plaintiff,

v.

LT. LARRY MILLER,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2006

GREGORY C. LANGHAM
CLERK

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated: August 7, 2006

                                  BY THE COURT:

                                  s/Marcia S. Krieger

                                  UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   06-cv-00933-MSK-MEH

Sheila Edwards
Prisoner No. 64901
Brush Correctional Facility
901 Industrial Park Road
Brush, CO 80723

US Marshal Service
Service Clerk
Service forms for: Lt. Larry Miller

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The US Marshal Service for service of process on Lt. Larry Miller: AMENDED COMPLAINT FILED 7/31/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/10/06.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk