IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00933-MSK-MEH

SHEILA EDWARDS,

    Plaintiff,

v.

LT. LARRY MILLER,

    Defendant.

## ORDER DENYING PLAINTIFF'S REQUEST FOR VOLUNTEER COUNSEL AND PROCEDURAL ADVICE

Before the Court is Plaintiff's Letter to Clerk of the Court dated August 25, 2006, [Docket #25] seeking advice in how to proceed in this case.

The Court cannot act as a lawyer for you, and cannot assist you in your case. *Pro se* parties are held to the same rules of procedure as any other litigants or lawyers. Plaintiffs who prosecute their cases without lawyers are entitled to *some* deference, but this deference is limited. In particular, the Court recognizes that you are a lay person. For that reason, your pleadings or motions will be read carefully by the judge, and the judge will consider your pleadings or motions in a liberal fashion in order to ensure that your point is not overlooked or rejected simply because you did not use proper legal language. This does not, however, relieve you of your obligation to write your pleadings or motions in a manner that is brief, clear, and understandable.

You have been granted permission to proceed "in forma pauperis." Permission to proceed "in forma pauperis" merely means that the Court is permitting a plaintiff to proceed in the case "as a poor person," that is, without payment of the filing fee. The granting of permission to proceed in forma pauperis does not mean that you are going to be provided with a court-appointed lawyer. In

fact, in civil cases the judge has no authority to order any lawyer to undertake the representation of a plaintiff or defendant.

Upon request from a party, the court may ask the Clerk of the Court to seek a lawyer who will voluntarily undertake, without fee, the representation of a party. However, that procedure provides no guarantees that a lawyer will step forward to undertake such representation. As a general rule, very few lawyers volunteer to represent a party for no fee, and the large majority of people who ask for such assistance do not receive it, or do not receive it in time to provide any help to them in their cases. Therefore, do not stall or delay in fulfilling your obligations as a party in the belief that the court will find a lawyer for you. Unless you are able to obtain a lawyer on your own, you are very likely to have no lawyer throughout your case.

In this case, Plaintiff has previously requested that the Court appoint counsel, and that motion was denied. Docket #21. As discussed in that Order, the facts of this case, as presented, do not warrant placing Plaintiff's case on the list for volunteer counsel at this time. As such, Plaintiff's Request [Filed August 29, 2006; Docket #25] is **denied**.

Dated at Denver, Colorado this 5th day of September, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge