IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00933-MSK-MEH

SHEILA EDWARDS,

    Plaintiff,

v.

LT. LARRY MILLER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 19, 2006.**

    Before the Court is Plaintiff's Request for Subpoena and Motion for Ruling [Filed October 18, 2006; Docket #30]. Plaintiff seeks to subpoena records from the Brush Correctional Facility before the Scheduling Conference, which is set for November 16, 2006, at 9:30 a.m. The Minute Order setting the Conference states that "no discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the district judge in this case." Docket #22. Because good cause does not exist to modify this Order, Plaintiff's Motion is **denied**.