IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00933-MSK-MEH

SHEILA EDWARDS,

    Plaintiff,

v.

LT. LARRY MILLER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 2, 2007.**

    Plaintiff has filed a Motion to Subpoena Brush Correctional Archives [Filed November 30, 2006; Docket #38]. Defendant filed no response, apparently confessing the motion. Accordingly, the motion is **granted**. A copy of the Civil Subpoena form that Plaintiff must fill out and serve on Warden Donice Neal and Hearings Officer Lt. Brian Cox is attached hereto as Exhibit A. It is Plaintiff's responsibility to effect service of this subpoena.