IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00933-MSK-MEH

SHEILA EDWARDS,

      Plaintiff,

v.

LT. LARRY MILLER,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 5, 2007.**

Before the Court is Plaintiff's Letter to the Clerk of the Court [Filed January 31, 2007; Docket #47], which the Court will construe as a Motion for Clarification and will **grant** it as follows. The Court attached a signed, but otherwise blank, subpoena form to its order dated January 2, 2007, because Plaintiff had requested that a subpoena be issued against Brush Correctional Facility's Archives.

Because that subpoena form is signed by the Clerk of the Court, Plaintiff may fill out the subpoena, including the case caption information, and list the documents she is requesting. It is Plaintiff's responsibility to serve this subpoena on the Brush Correctional Facility.